Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR WHITESTONE UPTOWN
TOWER, LLC AND
PROPOSED ATTORNEYS FOR ALL OTHER
BELOW-CAPTIONED DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| WHITESTONE UPTOWN TOWER, LLC, a/k/a Pillarstone Capital REIT Operating Partnership, | § § § § § | CASE NO. 23-32832-mvl-11 |
| WHITESTONE INDUSTRIAL-OFFICE, LLC, | § § § | CASE NO. 24-30653-swe-11 |
| WHITESTONE OFFICES, LLC, | § § | CASE NO. 24-30654-mvl-11 |
| WHITESTONE CP WOODLAND PH 2, LLC, | § § § | CASE NO. 24-30655-mvl-11 |
| PILLARSTONE CAPITAL REIT OPERATING PARTNERSHIP, LP, | § § § § | CASE NO. 24-30656-swe-11 |
| Debtors. | § | |

**DEBTORS' MOTION TO JOINTLY ADMINISTER CASES**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242 BEFORE CLOSE OF BUSINESS ON MARCH 29, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH**

**HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COME NOW** Whitestone Uptown Tower, LLC, Whitestone Industrial-Office, LLC, Whitestone Offices, LLC, White CP Woodland Ph 2, LLC, and Pillarstone Capital REIT Operating Partnership, LP, the Chapter 11 Debtors in the above-styled and referenced bankruptcy cases filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Debtors"), and file this their Debtors' Motion to Jointly Administer Cases, and in support thereof would show unto the Court as follows::

1. On December 1, 2023, Whitestone Uptown Tower, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 23-32832, which is pending before the Honorable Michelle V. Larson.

2. On March 4, 2024, Whitestone Industrial-Office, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 24-30653, which is pending before the Honorable Scott W. Everett.

3. On March 4, 2024, Whitestone Offices LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 24-30654, which is pending before the Honorable Michelle V. Larson.

4. On March 4, 2024, White CP Woodland Ph 2, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 24-30655, which is pending before the Honorable Michelle V. Larson.

5. On March 4, 2024, Pillarstone Capital REIT Operating Partnership, LP filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 24-30656, which is pending before the Honorable Scott W. Everett.

6. The Debtors are "affiliates" or "insiders" of one another within the meaning of sections 101(2) and 101(31) of the United States Bankruptcy Code. Joint administration of their estates is appropriate under Fed. R. Bankr P. 1015(b).

7. Consistent with this Court's Local Bankruptcy Rule 1015-1(a), the Debtors are filing this Motion in each of the above-captioned cases. Also pursuant to LBR 1015-1(a), the Debtors seek determination of this Motion before the Honorable Michelle V. Larson, the Judge presiding over the case of Whitestone Uptown Tower, LLC, the first related case filed in this district.

8. The joint administration of the Debtors' cases will allow the Court to use a single docket for each case and to combine notices to creditors and other parties-in-interest. The Debtors anticipate that the notices, applications, motions, other pleadings, hearings, and orders in these cases will affect each of the Debtors. With joint administration, the Debtors will save time and money and avoid duplicative and potentially confusing filings, by permitting parties to use a single caption on numerous documents and file most documents in one case, and to file a joint plan of reorganization. In addition, joint administration will ensure that the parties-in-interest in each Debtor's case will be apprised of the various matters before the Court.

9. This is not a motion for substantive consolidation of the Debtors' estates. The rights of parties in interest will not be prejudiced by entry of an order directing joint administration of the Debtors' separate chapter 11 cases. Each creditor and party in interest will maintain its rights

in the particular estate against which it allegedly holds a claim or right.  The rights of all creditors will be enhanced by the reduction in costs resulting from joint administration.

10. The Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | |
| **WHITESTONE UPTOWN TOWER, LLC,** a/k/a Pillarstone Capital REIT Operating Partnership, | § § § § § | CASE NO. 23-32832-mvl-11 |
| **WHITESTONE INDUSTRIAL-OFFICE, LLC,** | § § § | CASE NO. 24-30653-swe-11 |
| **WHITESTONE OFFICES, LLC,** | § § § | CASE NO. 24-30654-mvl-11 |
| **WHITESTONE CP WOODLAND PH 2, LLC,** | § § § § | CASE NO. 24-30655-mvl-11 |
| **PILLARSTONE CAPITAL REIT OPERATING PARTNERSHIP, LP,** | § § § | CASE NO. 24-30656-swe-11 |
| Debtors. | § § | **(Jointly Administered Under Case No. 23-32832-mvl-11)** |

11. Counsel for Debtors will file with the Court a consolidated master mailing list (matrix) in the affected cases for future noticing requirements.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully request the Court to enter an order in each of the Debtors' cases:

(i) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only,

(ii) approving the caption for jointly administered cases substantially in the form provided herein, and

(iii) granting such other and further relief as is just and proper.

Dated: March 8, 2024.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR
WHITESTONE UPTOWN TOWER, LLC
and PROPOSED ATTORNEYS FOR ALL
OTHER ABOVE-CAPTIONED DEBTORS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 8, 2024, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the U.S. Trustee and the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

## **SERVICE LIST**

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

RSS MSBAM2013-C13-TX WUT, LLC
c/o Stephen P. Drobny
Jones Walker LLP
201 S. Biscayne Blvd. Suite 3000
Miami, FL 33131

Whitestone REIT Operating
  Partnership, LP
c/o Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Costar
PO Box 7410099
Chicago, IL 60674-5099

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

Comcast
PO Box 60533
City of Industry, CA 91716

Newlane Finance
PO Box 7358
Philadelphia, PA 19101-7358

Fed Ex
PO Box 660481
Dallas, TX 75266

Spectrum VOIP
PO Box 733619
Dallas, TX 75373-3619

Equifax Information Services
PO Box 71221
Charlotte, NE 28272

Montgomery County Tax Office
400 N. San Jacinto St.
Conroe, TX 77301

Southern Montgomery County MUD
25212 Interstate 45
Spring, TX 77386

Albert Ramirez
9904 Hummingbird St.
La Porte, TX 77571

Ann Harris Bennett Tax Assessor
PO Box 4622
Houston, TX 77210

Spring Branch I.S.D.
Tax Assessor-Collector
PO Box 19037
Houston, TX 77224

West Park MUD Tax Assessor
PO Box 1819
Houston, TX 77251

A&G Electrical Service
24887 Lakeside Dr.
Hockley, TX 77448

Republic Services
PO Box 78829
Phoenix, AZ 85062

City of Houston – Water
PO Box 1560
Houston, TX 77251

West Park MUD
PO Box 2569
Spring, TX 77383

FirePro Tech, LLC
6830 N. Eldridge Pkwy, Suite 110
Houston, TX 77041

City of Houston
Solid Waste Management Dept.
PO Box 1562
Houston, TX 77251

John R. Ames, Tax Assessor
500 Elm St.
Dallas, TX 75202

Richardson ISD Tax Office
970 Security Row
Richardson, TX 75081

TXU Energy
PO Box 650638
Dallas, TX 75265

Allied Universal Security Services
PO Box 101034
Pasadena, CA 91189

National Appraisal Partners, LLP
3203 Edloe Street
Houston, TX 77027

Ambertun Construction
5920 Chisholm Trail
McKinney, TX 75070

Republic Services
PO Box 78829
Phoenix, AZ 85062

DHC Construction
11040 Timber Rd.
Cleveland, TX 77328

Mayte Molina
620 Esterine Rd.
Dallas, TX 75217

Southwest Engineers
PO Box 2499
Slidell, LA 70459

Waste Connections US, Inc.
PO Box 679859
Dallas, TX 75267

First Choice Coffee Services
1500 Precision, Suite 130
Plano, TX 75074

The Dove Day Recycling Co.
PO Box 166602
Irving, TX 75016

Kings III of America, Inc.
751 Canyon Dr., Suite 100
Coppell, TX 75019

David Piwonka, Tax Assessor
10494 Jones Rd., Suite 106
Houston, TX 77065